CHESTER LEFLEUR *vs.* LIBERTY LAUNDRY CO. INC. June 27, 1940. Exceptions overruled. The plaintiff was hurt when the wheel of a truck in which he was riding fell into a pit around a cellar window. The grating over the pit was loose. The truck was operated by a fellow servant in the employ of the uninsured defendant. The auditor found the operator negligent. That finding warranted the verdict for the plaintiff. That finding did not purport to be a mere conclusion from subsidiary facts found. But subsidiary

facts and other evidence outside the report tended to support the general finding of negligence.

*E. S. Searle & S. Keedy*, for the defendant, submitted a brief.

No argument nor brief for the plaintiff.